### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**                                                       Case No. 06-cr-229-PB

<u>Scott McLain</u>

### <u>O R D E R</u>

      The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case, citing the need for additional time to negotiate a plea agreement or prepare a defense.  The government does not object to a continuance of the trial date.

      Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to July 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 19, 2007 final pretrial conference is continued to June 26, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 19, 2007

cc:  Jonathan Saxe, Esq.
     Peter Papps, Esq.
     United States Probation
     United States Marshal