**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                              Case No. 06-cr-229-PB

<u>Scott McLain</u>

### <u>O R D E R</u>

The defendant, through counsel, has moved to continue the July 10, 2007 trial in the above case, citing the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to finalize a plea agreement or properly prepare for trial, the court will continue the trial from July 10, 2007 to August 21, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   The June 26, 2007 final pretrial conference is continued to July 26, 2007 at 4:15 p.m.

   SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

June 26, 2007

cc:   Jonathan Saxe, Esq.
      Peter Papps, AUSA
      United States Probation
      United States Marshal